January 08, 2008

Mr. David Mullin
Mullin Hoard & Brown
P. O. Box 31656
Amarillo, TX 79120-1656
Ms. Karen S. Precella
Haynes & Boone, L.L.P.
201 Main Street, Suite 2200
Fort Worth, TX 76102-3126

RE: Case Number: 07-0593
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE CANO PETROLEUM, INC., W.O. ENERGY OF NEVADA, INC., W.O.
 OPERATING COMPANY, LTD., AND WO ENERGY, INC.

Dear Counsel:

 The Multidistrict Litigation Panel delivered the enclosed opinion on
January 2, 2008 in the above-referenced case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
| | |